1  Lawrence H. Meuers (SBN 197663)
   MEUERS LAW FIRM, P.L.
2  5395 Park Central Court
   Naples, FL 34109-5932
3  Telephone: (239)513-9191
   Facsimile: (239)513-9677
4  lmeuers@meuerslawfirm.com

5  Attorneys for Plaintiff

**FILED**

AUG 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| INN FOODS, INC., | Case No.: 1:12-cv-00952-AWI-DLB |
| Plaintiff, | |
| vs. | NOTICE OF VOLUNTARY DISMISSAL |
| PATTERSON VEGETABLE COMPANY, LLC; ARTHUR R. WALKER; RUSSELL D. KENERLY; PAUL N. FANELLI and U.S. BANK NATIONAL ASSOCIATION, | |
| Defendants. | |

In accordance with F.R.C.P. 41(a)(1)(A), Plaintiff Inn Foods, Inc. voluntarily dismisses all claims asserted in this case without prejudice.

Respectfully submitted on Thursday, June 14, 2012.

MEUERS LAW FIRM, P.L.

It is so Ordered. Dated: 8-2-12

/s/ Lawrence H. Meuers
Lawrence H. Meuers
*California Bar No.: 197663*
5395 Park Central Court
Naples, Florida 34109-5932
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com

United States District Judge

Notice of Dismissal
Page 1 of 1