Lawrence H. Meuers (SBN 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109-5932
Telephone: (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com

Attorneys for Plaintiff

FILED
AUG 3 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| INN FOODS, INC., | Case No.: 1:12-cv-00952-AWI-DLB |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| PATTERSON VEGETABLE COMPANY, LLC; ARTHUR R. WALKER; RUSSELL D. KENERLY; PAUL N. FANELLI and U.S. BANK NATIONAL ASSOCIATION, | |
| Defendants. | |

In accordance with F.R.C.P. 41(a)(1)(A), Plaintiff Inn Foods, Inc. voluntarily dismisses all claims asserted in this case without prejudice.

Respectfully submitted on Thursday, June 14, 2012.

MEUERS LAW FIRM, P.L.

It is so Ordered. Dated: 8-2-12

_____
United States District Judge

/s/ Lawrence H. Meuers
Lawrence H. Meuers
*California Bar No.: 197663*
5395 Park Central Court
Naples, Florida 34109-5932
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com

Notice of Dismissal
Page 1 of 1